UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | | |
|---|---|---|---|
| GREGORY L. HARDIN, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 2:16-CV-55-JRG |
| | ) | | 2:03-CR-74-JRG-MCLC-5 |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## **MEMORANDUM AND ORDER**

Before the Court is Gregory Hardin's pro se motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 605]. Petitioner bases his request for collateral relief on *Johnson v. United States*, 135 S.Ct. 2551 (2015) [*Id.*]. Since it does not plainly appear from the face of the motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading within **thirty (30)** days from the date of this Order. *See* Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

Although a reply to the government's answer is not necessary, if Petitioner wishes to file a reply, he **SHALL** file that reply within **thirty (30)** days from the date the government files its answer with the Court. *See* Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts. The Court directs Petitioner's attention to Local Rule 7.1(b), which provides that briefs "shall not exceed 25 pages in length[,]" and Local Rule 7.1(b), which provides that any reply must directly reply to the points and authorities in the government's answer and shall not be used to reargue the points and authorities included in his § 2255 motion or to present any new issues.

**IT IS SO ORDERED.**

                                                    s/J. RONNIE GREER
                                         UNITED STATES DISTRICT JUDGE